THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN ROGERS, Appellant. [773 NYS2d 720]—Appeal from a judgment of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), rendered January 7, 2002. The judgment convicted defendant, upon his plea of guilty, of attempted assault in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: By failing to move to withdraw his plea of guilty or to vacate the judgment of conviction, defendant failed to preserve for our review his contention that his plea was not knowingly and voluntarily entered (*see People v Hogue*, 295 AD2d 928 [2002], *lv denied* 99 NY2d 536 [2002]; *People v Linares*, 174 AD2d 847 [1991], *lv denied* 78 NY2d 969 [1991]). The sentence is not unduly harsh or severe. Present—Pigott, Jr., P.J., Green, Hurlbutt, Scudder and Lawton, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ZANE J. HOWARD, Appellant. [773 NYS2d 721]—Appeal from a judgment of the Orleans County Court (James P. Punch, J.), rendered February 19, 2003. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Green, Hurlbutt, Scudder and Lawton, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN ROBINSON, JR., Appellant. [773 NYS2d 723]—Appeal from a judgment of the Monroe County Court (Charles T. Maloy, J.), rendered April 24, 2002. The judgment convicted defendant, upon his plea of guilty, of robbery in the third degree and criminal possession of stolen property in the fourth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Holmes*, 306 AD2d 889 [2003], *lv denied* 100 NY2d 621 [2003]). Present—Pine, J.P., Wisner, Kehoe, Gorski and Hayes, JJ.